1 Al Lustgarten, Bar # 189503
Lustgarten Law
2 30851 Agoura Rd # 114
Agoura Hills, Ca 91301
3 Phone; 818-907-5866   Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,          )
                                       )
        Plaintiff,      vs.            )   Case No.: 2:12-CV-09619-WDK-FMO
                                       )
MISAEL ALVARADO, et al,                )   **RENEWAL OF JUDGMENT  BY CLERK**
                                       )
        Defendant,                     )
_____)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Misael Alvarado, an individual, dba Tommy's Super Burger aka Tommy's Burgers entered on January 2, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 8,670.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | $ | **8,670.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | $ | **8,670.00** |
| f. | Interest after judgment (.13%) | $ | 106.62 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **8,776.62** |

Dated: October 10, 2023            CLERK, by Deputy _Sharon HallBrown_

Renewal of Judgment